UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CERAFINO DiLONE, Individually and on
behalf of all others similarly situated,

                              Plaintiff,

     -against-

JCM BUSINESS SOLUTIONS, LLC,

                             Defendant.
---------------------------------------------------------------X

CV-14-00386 (SJ)(RML)

STIPULATION
AND ORDER OF
DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff Cerafino DiLone, and dismissed without prejudice and without costs or attorneys' fees to any party as to the members of the alleged putative class action and/or collective action other than Cerafino DiLone. This Stipulation does not prejudice the rights, if any, of the members of the alleged putative class action and/or collective action other than Cerafino DiLone.

_____
Andrew P. Bell
Locks Law Firm, PLLC
*Attorneys for Plaintiff*
800 Third Avenue, 11th Floor
New York, NY 11747
(212) 838-3333
Dated: 10/27/14

_____
W. Matthew Groh
Naness, Chaiet & Naness, LLC
*Attorneys for Defendant*
375 North Broadway, Suite 202
Jericho, New York 11753
(516) 827-4300
Dated: 10-23-14

**SO ORDERED.**

Dated: _____, 2014        _____